THE STATE, EX REL. TOERNER, APPELLANT, *v.* COMMON PLEAS COURT OF HAMILTON COUNTY, JUVENILE DIVISION, ET AL., APPELLEES.

[Cite as State, ex rel. Toerner, v. Common Pleas Court (1971), 28 Ohio St. 2d 213.]

(No. 71-396—Decided December 29, 1971.)

*Messrs. Boelter, Fisher & Sullivan* and *Mr. James H. Sullivan, Jr.,* for appellant.

*Mr. Simon L. Leis, Jr.,* prosecuting attorney, and *Mr. Leonard Kirschner,* for appellees.

*Per Curiam.* The judgment of the Court of Appeals is affirmed for the reason that the complaint for a writ of prohibition does not state a cause of action. Prohibition is not a substitute for appeal.

*Judgment affirmed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, CORRIGAN, STERN and LEACH, JJ., concur.